UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERENCE STEVEN BRYANT,

                Petitioner,                No. 12-cv-15666

vs.                                            Hon. Gerald E. Rosen

DEBRA SCUTT,

                Respondent.
_____/

ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

      Petitioner Terence Steve Bryant files this motion for reconsideration seeking the reversal of the Sixth Circuit Court of Appeals decision denying the motion he made in the appellate court for an order authorizing this district court to consider his second or successive habeas corpus petition. This Court, however, is inferior to the Circuit Court of Appeals. And, an inferior court has no jurisdictional basis to review the actions and decisions of superior courts.

      For this reason,

      IT IS HEREBY ORDERED that Petitioner's Motion for Reconsideration of *In re Terence Bryant*, CTA No. 13-1079, [**Dkt. # 7**] is DENIED.

                                        s/Gerald E. Rosen
                                        Chief Judge, United States District Court

Dated: December 17, 2013

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2013, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135
