UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERENCE STEVEN BRYANT,

        Petitioner,        No. 12-cv-15666

vs.        Hon. Gerald E. Rosen

RANDAL HAAS, Warden,

        Respondent.
_____/

ORDER DENYING PETITIONER'S MOTION
FOR RELIEF FROM JUDGMENT

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on July 13 2015

        PRESENT:   Honorable Gerald E. Rosen
                           United States District Chief Judge

     This matter is presently before the Court on the Motion for Relief from Judgment filed by habeas corpus petitioner Terence Steven Bryant. The Court transferred Bryant's habeas corpus petition as a second or successive petition to the Sixth Circuit Court of Appeals on January 14, 2013 pursuant to 28 U.S.C. § 2244(b)(3)(A). The Sixth Circuit denied Bryant permission to file a second or successive petition on August 9, 2013. As Petitioner's second or successive petition was transferred to the Court of Appeals, no Judgment was ever entered by this Court. And, as this Court is inferior to the Circuit Court of Appeals, it has no jurisdiction to grant relief from the orders or judgments of that court. If Petitioner wishes to obtain relief from the Sixth Circuit's decision, a motion

for relief from judgment should be directed to the Court of Appeals.

    For these reasons,

IT IS HEREBY ORDERED that Petitioner's Motion for Relief from Judgment **[Dkt. # 11]** is DENIED.


                          s/Gerald E. Rosen
                          Chief Judge, United States District Court

Dated: July 13, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 13, 2015, by electronic and/or ordinary mail.

                          s/Julie Owens
                          Case Manager, (313) 234-5135